1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  CHASEN COHAN
   Nevada Bar No. 12349
3  PHILLIPS, SPALLAS & ANGSTADT LLC
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5
6  *Attorneys for Defendants*
   *Wal-Mart Stores, Inc.*
7
                UNITED STATES DISTRICT COURT
8
                     DISTRICT OF NEVADA
9

10 BETTY KEPPNER-GOUCHER,              Case No: 2:11-cv-01796-PMP -RJJ
11              Plaintiff,
12 v.
                                       **STIPULATION AND ORDER FOR**
13 WAL-MART STORES, INC., DOES I-X,    **DISMISSAL WITH PREJUDICE**
   inclusive and ROE CORPORATIONS I-X,
14 inclusive,
15              Defendants.

16      COME NOW, Defendant WAL-MART STORES, INC., ("Wal-Mart") by and through its
17 attorneys, the law offices of PHILLIPS, SPALLAS & ANGSTADT LLC, and Plaintiff BETTY
18 KEPPNER-GOUCHER ("Plaintiff") by and through her attorney JARED B. ANDERSON, and
19
   hereby stipulate that the claims asserted by Plaintiff, against Wal-Mart be dismissed with prejudice,
20
21 //
22 //
23 //
24 //
25 //
26
27 //
28 //

- 1 -

Case 2:11-cv-01796-PMP -RJJ   Document 15   Filed 05/23/12   Page 2 of 3

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 22 day of May, 2012, I caused a copy of the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to be served by the Court's CM/ECF system, to the following persons:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| JARED B. ANDERSON, ESQ.<br>Nevada Bar No. 9747<br>STOVALL & ASSOCIATES<br>Nevada Bar No. 11183<br>3216 West Charleston Boulevard, Suite B<br>Las Vegas, Nevada 89102 | Phone (702) 258-3034<br>Fax (702) 258-0093 | Plaintiff |

_/s/ Ivana Aguayo_
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC

- 3 -

1 | each party to bear their own attorney's fees and costs..

2 | Respectfully submitted by:

3 | DATED this 18 day of May, 2012.     DATED this 18th day of May, 2012.

STOVALL & ASSOCIATES                PHILLIPS, SPALLAS & ANGSTADT LLC

By: /s/ Jared B. Anderson            By: /s/ Chasen Cohan
JARED B. ANDERSON, ESQ.              CHASEN COHAN
Nevada Bar No. 9747                  Nevada Bar No. 12349
3216 West Charleston Boulevard, Suite B   504 South Ninth Street
Las Vegas, Nevada 89102              Las Vegas, Nevada 89101
(702) 258-3034                       (702) 938-1510

Attorneys for Plaintiff              Attorneys for Defendants
*Betty Keppner-Goucher*              *Wal-Mart Stores, Inc*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** May 23, 2012