1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  CHASEN COHAN
   Nevada Bar No. 12349
3  PHILLIPS, SPALLAS & ANGSTADT LLC
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5
6  *Attorneys for Defendants*
   *Wal-Mart Stores, Inc.*

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10 BETTY KEPPNER-GOUCHER,                    Case No: 2:11-cv-01796-PMP -RJJ

11              Plaintiff,

12 v.
                                             **STIPULATION AND ORDER FOR**
13 WAL-MART STORES, INC., DOES I-X,          **DISMISSAL WITH PREJUDICE**
   inclusive and ROE CORPORATIONS I-X,
14 inclusive,

15              Defendants.

16      COME NOW, Defendant WAL-MART STORES, INC., ("Wal-Mart") by and through its

17 attorneys, the law offices of PHILLIPS, SPALLAS & ANGSTADT LLC, and Plaintiff BETTY

18 KEPPNER-GOUCHER ("Plaintiff") by and through her attorney JARED B. ANDERSON, and

19
   hereby stipulate that the claims asserted by Plaintiff, against Wal-Mart be dismissed with prejudice,
20
21 //
22 //
23 //
24 //
25 //
26
27 //
28 //

- 1 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this _22_ day of _May_, 2012, I caused a copy of the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to be served by the Court's CM/ECF system, to the following persons:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| JARED B. ANDERSON, ESQ.<br>Nevada Bar No. 9747<br>STOVALL & ASSOCIATES<br>Nevada Bar No. 11183<br>3216 West Charleston Boulevard, Suite B<br>Las Vegas, Nevada 89102 | Phone  (702) 258-3034<br>Fax      (702) 258-0093 | Plaintiff |

_/s/ Ivana Aguayo_
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC

- 3 -

1  each party to bear their own attorney's fees and costs..

2  Respectfully submitted by:

3  DATED this 18 day of May, 2012.        DATED this 18th day of May, 2012.

   STOVALL & ASSOCIATES                   PHILLIPS, SPALLAS & ANGSTADT LLC

   By: /s/ Jared B. Anderson              By: /s/ Chasen Cohan
   JARED B. ANDERSON, ESQ.                CHASEN COHAN
   Nevada Bar No. 9747                    Nevada Bar No. 12349
   3216 West Charleston Boulevard, Suite B   504 South Ninth Street
   Las Vegas, Nevada 89102                Las Vegas, Nevada 89101
   (702) 258-3034                         (702) 938-1510

   Attorneys for Plaintiff                Attorneys for Defendants
   *Betty Keppner-Goucher*                *Wal-Mart Stores, Inc*

   **IT IS SO ORDERED:**

   /s/ Philip M. Pro
   _____
   UNITED STATES DISTRICT JUDGE

   DATED: May 23, 2012

- 2 -